STATE OF NEW JERSEY v. WILLIE LEE WHITE.

May 1, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. JESSE GOODWYN.

May 1, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. ELWOOD JOHNSON.

May 1, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. JAMES McCROSSON.

May 1, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. PATRICK D. HOOSIER.

May 1, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL HURT.

May 1, 1979.   Petition for certification denied.